**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**vs.**                                              **CRIMINAL NO: 3:16cr72-DPJ-LRA**

**L.C. HATFIELD, JR.**

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW**, L.C. Hatfield, by and through his attorney of record, Todd A. Coker and files his Notice of Intent to change his previously entered plea of Not Guilty to Guilty, in the above-styled and numbered cause to Guilty to Count One of the Indictment.

Respectfully submitted this the 19th day of April, 2018.

**L.C. HATFIELD, JR., DEFENDANT**

/s/ Todd A. Coker
**TODD A. COKER, MSB #99134**
*Attorney for Defendant*

Todd A. Coker (MSB #99134)
Mississippi Bar No. 99134
**COKER LAW FIRM, PLLC**
P.O. Box 1563
Brandon, Mississippi 39043
Telephone:     (601) 941-5417

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2018, a true and correct copy of the

foregoing ***Notice of Intent to Change Plea*** was served on all interested parties via USDC

CM/ECF system.


/s/ Todd A. Coker
Todd A. Coker, MSB No. 99134